**FILED**

SEP 14 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Dennis Lemont Knight

Plaintiff,

vs.

COLISEUM LEXUS of OAKLAND

Defendant.

CASE NO. C17- 5332

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

JSC

I, Dennis Lemont Knight, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Ø _____    Net: _____ Ø _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 and wages per month which you received.

2 _____

3 _____

4 _____

5 2. Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7     a. Business, Profession or     Yes ___ No ✓

8         self employment?

9     b. Income from stocks, bonds,     Yes ___ No ✓

10         or royalties?

11     c. Rent payments?     Yes ___ No ✓

12     d. Pensions, annuities, or     Yes ___ No ✓

13         life insurance payments?

14     e. Federal or State welfare payments,     Yes ___ No ✓

15         Social Security or other govern-

16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3. Are you married?     Yes ✓ No ___

22 Spouse's Full Name: __Eunice Knight__

23 Spouse's Place of Employment: __None__

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $___∅___ Net $___∅___

26 4. a. List amount you contribute to your spouse's support: $ ___∅___

27     b. List the persons other than your spouse who are dependent upon you for support

28         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2   _____
3   _____
4   5.   Do you own or are you buying a home?        Yes ____ No __✓__
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.   Do you own an automobile?                   Yes ____ No __✓__
7   Make _____ Year _____ Model _____
8   Is it financed? Yes _____ No _____ If so, Total due: $ _____
9   Monthly Payment: $ _____
10  7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _____
12  _____
13  Present balance(s): $ _____
14  Do you own any cash? Yes ____ No __✓__ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                    Yes ____ No ____
17  _____
18  8.   What are your monthly expenses?
19  Rent: $ _____Ø_____ Utilities: _____
20  Food: $ _____ Clothing: _____
21  Charge Accounts:
22  Name of Account          Monthly Payment          Total Owed on This Account
23  _____       $ _____     $ _____
24  _____       $ _____     $ _____
25  _____       $ _____     $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  _____

1

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
DATE                                             SIGNATURE OF APPLICANT

- 4 -